# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LORETTA FOOTE,** *Plaintiff,* | : CIVIL ACTION : : |
| v. | : No. 18-2244 : |
| **VALENTI MID ATLANTIC MANAGEMENT, LLC, et. al.,** *Defendants.* | : : : |

## ORDER

**AND NOW**, this **18th** day of **January 2019**, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 9), Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 10), and Defendants' Reply Brief in Support of Motion to Dismiss Complaint (ECF No. 11), it is hereby **ORDERED** and **DECREED** as follows:

1. Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 9) is **GRANTED IN PART** and **DENIED IN PART**;

2. Defendants' Motion to Dismiss is **GRANTED** with respect to Defendants, NPC, Peter J. Grant, and Darrell J. Valenti (Counts II, IV, V, and VI). Accordingly, they are **DISMISSED** from this action.

3. Defendants' remaining issues in their Motion to Dismiss are **DENIED** and Plaintiff's remaining causes of action (Counts I, III, and VII) will proceed.

4. Defendants, Valenti Management and Mike Burnett, must file an Answer to Plaintiff's Complaint on or before **February 1, 2019**.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE